Argued and submitted October 6, affirmed November 26, 2003

In the Matter of
Jon Bow Robert Michael Lea Smith,
a Minor Child.
STATE ex rel DEPARTMENT
OF HUMAN SERVICES,
*Respondent,*

*v.*

Diana Marie SMITH,
*Appellant.*

J020938; A121395

80 P3d 522

Clayton C. Patrick argued the cause and filed the brief for appellant.

Devorah Signer-Hill, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Landau, P. J., concurring.

**LANDAU, P. J.**, concurring.

I would conclude that the state failed to establish by clear and convincing evidence the requirements of the statute and would vote to reverse. However, this case is materially indistinguishable from *State ex rel Dept. of Human Services v. Smith (A119798)*, 190 Or App 570, 79 P3d 374 (2003). In light of the court's decision in that case, I therefore concur in affirming the judgment in this case.

Armstrong, J., joins in this concurring opinion.